# ROBERT P. SHARRON & ASSOCIATES, P.C.
## ATTORNEYS AT LAW
26 BROADWAY, 26th FLOOR
NEW YORK, NY 10004

Admitted to practice in:  
New York, New Jersey  
Washington D.C.

Tel.: (212) 227-5550  
Fax:  (212) 267-0402  
Email: rpsesq@aol.com

March 18, 2021

*Via ECF*

Hon. John P. Cronan, U.S.D.J.  
Daniel Patrick Moynihan U.S. Courthouse  
500 Pearl Street, Room 1320  
New York, NY 10007-1312

Re: Lina Assaf & George Assaf v.  
The Port Authority of New York and  
New Jersey, et al  
Case No.: 20-cv-9460

Dear Judge Cronan:

This office represents the Plaintiffs in the above action. As the Court is aware, United Airlines Inc., has a motion pending before this Court to dismiss.

At the initial pre-trial conference with the Court, held on February 2, 2021, all discovery was stayed as to defendant, United Airlines Inc., pending resolution of its motion. However, discovery was to proceed as to defendant, Port Authority of New York and New Jersey (Port Authority). Due to the fact that the Port Authority does not have ownership or control of the walkway/jetway where plaintiff's accident occurred, the continuation of discovery without United Airlines Inc., has become an obstacle to meaningful discovery.

I have spoken with counsel for the Port Authority, Ross B. Babour, Esq., and he consents to an application to this Court, that all discovery in this matter be stayed until the resolution of United Airlines Inc.'s motion to dismiss. This application is necessary for the sake of judicial economy and to avoid the unnecessary duplication of discovery demands and responses.

If the Court has any questions or concerns, please do not hesitate to contact the undersigned.

Respectfully submitted,

*s/ Robert P. Sharron*

Robert P. Sharron

RPS:nm  
cc: All Counsel of Record (Via ECF)

It is hereby ORDERED that Plaintiffs' request is GRANTED. All discovery in this action shall be stayed until the Court's resolution of United Airlines Inc.'s motion to dismiss.

SO ORDERED.

Date:   March 18, 2021  
        New York, New York

JOHN P. CRONAN  
United States District Judge