```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
LINA ASSAF and GEORGE ASSAF,                                      :
                                                                  :
                           Plaintiffs,                            :
                                                                  :         20-CV-9460 (JPC)
              -v-                                                 :
                                                                  :         ORDER
THE PORT AUTHORITY OF NEW YORK AND NEW                            :
JERSEY and UNITED AIRLINES INC.,                                  :
                                                                  :
                           Defendants.                            :
                                                                  :
------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

The parties shall appear for a teleconference in this case on June 11, 2021 at 10:00 a.m. At the scheduled time, counsel for all parties should call (866) 434-5269, access code 9176261.

SO ORDERED.

Dated: June 8, 2021
       New York, New York

_____
JOHN P. CRONAN
United States District Judge